UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

                 Plaintiff,

-against-

RAVI DUVVURI,

                 Defendant.

1:25-CV-4269 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On May 30, 2025, Plaintiff filed a motion to withdraw this action. (ECF 9) The Court grants Plaintiff's motion. The Court dismisses this action without prejudice pursuant to Rule 41(a)(2) of Federal Rules of Civil Procedure. Any other pending motion or request in this action is also denied without prejudice.

    The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 2, 2025
             New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge